# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PAYNE EXPLORATION CO., <br><br>    Plaintiff, <br><br> v. <br><br> TRIDENT STEEL CORP.; <br> COMMERCIAL METALS CO.; <br> and A-JU BESTEEL CO., LTD., <br><br>    Defendants. | Case No.: CIV-15-818-D |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii), Plaintiff and Defendants hereby stipulate to the dismissal of the above-captioned lawsuit with prejudice to refiling, each party to pay their own costs and attorney fees.

Dated this 1st day of June, 2016.

/s/ Vance Brown
L. Vance Brown, OBA No. 10743
Eric L. Huddleston, OBA No. 21225
Elisabeth D. Brown, OBA No. 30503
John R. Bomhoff, OBA No. 32356
ELIAS, BOOKS, BROWN & NELSON, P.C.
Two Leadership Square
211 North Robinson, Suite 1300
Oklahoma City, Oklahoma 73102
Telephone:   (405) 232-3722
Facsimile:    (405) 232-3746
vbrown@eliasbooks.com
ebrown@eliasbooks.com
ehuddleston@eliasbooks.com
jbomhoff@eliasbooks.com

**ATTORNEYS FOR PLAINTIFF**

/s/ Theresa N. Hill
Theresa N. Hill, OBA No. 19119
Denelda L. Richardson, OBA No. 20103
RHODES HIERONYMUS JONES
   TUCKER & GABLE
P.O. Box 21100
Tulsa, OK 74121-1100
thill@rhodesokla.com
drichardson@rhodesokla.com
Telephone:      (918) 582-1173
Facsimile:       (918) 592-3390
**ATTORNEYS FOR DEFENDANT TRIDENT STEEL CORP.**


/s/ Chris S. Norcross
Keith C. Cramer, Texas Bar No. 24051678
Chris S. Norcross, Texas Bar No. 24081677
GORDON & REES LLP
2100 Ross Ave, Suite 2800
Dallas, TX 75201
Telephone:      (214) 231-4660
Facsimile:       (214) 461-4053
kcramer@gordonrees.com
cnorcross@gordonrees.com
**ATTORNEYS FOR DEFENDANTS AJU BESTEEL CO., LTD. AND COMMERCIAL METALS COMPANY**